
~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 25 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JOHN DOE,<br>  aka "Lyle Keith Lindsey,"<br>  as further described in<br>  California Department of<br>  Motor Vehicles license<br>  file number A3431084,<br>  aka Baba Ly.<br><br>            Defendant. | Case No.<br>**19MJ2664**<br><br>COMPLAINT FOR VIOLATIONS OF<br>18 U.S.C. § 1028(a)(1) –<br>Unlawful Production of an<br>Identification Document (Counts<br>One, Two, and Three);<br>18 U.S.C. § 641 – Receipt,<br>Concealment, and Retention of<br>Stolen Public Money (Count Four)<br><br>[UNDER SEAL] **CASE UNSEALED PER ORDER OF COURT** |

The undersigned complainant being duly sworn states:

Count One

On or about December 30, 2014, within the Southern District of California, defendant JOHN DOE, aka "Lyle Keith Lindsey," as further described in California Department of Motor Vehicles license file number A3431084, aka Baba Ly, defendant herein, did knowingly and without lawful authority produce an identification document, to wit, a California Driver's License, which was made and issued by the California Department of Motor Vehicles in the name and date of birth of Lyle Keith Lindsey, and the production of the identification document was in and affected interstate commerce and was transported in the mail in the course of the production; all in violation of Title 18, United States Code, Section 1028(a)(1).

Count Two

On or about April 14, 2016, within the Southern District of California, defendant JOHN DOE, aka "Lyle Keith Lindsey," as

1 𝓎

further described in California Department of Motor Vehicles license file number A3431084, aka Baba Ly, defendant herein, did knowingly and without lawful authority produce an identification document, to wit, a California Identification Card, which was made and issued by the California Department of Motor Vehicles in the name and date of birth of Lyle Keith Lindsey, and the production of the identification document was in and affected interstate commerce and was transported in the mail in the course of the production; all in violation of Title 18, United States Code, Section 1028(a)(1).

Count Three

On or about December 20, 2016, within the Southern District of California, defendant JOHN DOE, aka "Lyle Keith Lindsey," as further described in California Department of Motor Vehicles license file number A3431084, aka Baba Ly, defendant herein, did knowingly and without lawful authority produce an identification document, to wit, a California Driver's License, which was made and issued by the California Department of Motor Vehicles in the name and date of birth of Lyle Keith Lindsey, and the production of the identification document was in and affected interstate commerce and was transported in the mail in the course of the production; all in violation of Title 18, United States Code, Section 1028(a)(1).

Count Four

From September 5, 2012, and continuing until in or around June 2019, within the Southern District of California, defendant JOHN DOE, aka "Lyle Keith Lindsey," as further described in California Department of Motor Vehicles license file number A3431084, aka Baba

Ly, did knowingly receive, conceal, and retain money in excess of $1,000 belonging to a department and agency of the United States, namely, approximately $16,925.00 in Pell Grants, $14,341.00 in Federal Direct Stafford/Ford loans, and $52,767.00 in Federal Direct Stafford/Ford unsubsidized loans, knowing that the money had been stolen from the Department of Education, with the intent to convert the money to his own use or gain; all in violation of Title 18, United States Code, Section 641.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Ramon Barron
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, this 25 day of June, 2019.

_____
Honorable Barbara L. Major
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

I. **Lyle Keith Lindsey (1955-1957)**

During 2016, an agent of the Department of State, Diplomatic Security Services, notified the California Department of Motor Vehicles (DMV) Investigations Division of thirty-six individuals identified as using the identities of deceased persons to obtain a California Driver's License (CDL) or California Identification Card (CID). Almost all of the identities belonged to real individuals who had died as infants or as very young children.

According to a County of San Diego Certificate of Live Birth certified on January 4, 1956, Lyle Keith Lindsey was born on December 31, 1955. The birth certificate specifies that the race of both of his parents was "white." A County of San Diego Certificate of Death for Lyle Keith Lindsey, born December 31, 1955, indicates that he died on January 16, 1957, after suffering an "extensive skull fracture." The death certificate lists the race of the deceased as "Cauc."

Multiple newspaper stories described Lindsey's death on his way to the hospital after being accidentally struck by an automobile on Rosecrans Street in San Diego. This information was further corroborated by the younger sibling of the true Lyle Keith Lindsey, who confirmed that he is interred in the Lindsey family plot at Fort Rosecrans National Cemetery. I personally visited the family gravesite and observed on a single marker the name "Lyle K." as well as the names corresponding to those listed as the parents on Lyle Keith Lindsey's birth certificate.

//

## II. "Lyle Keith Lindsey" (1955-2019)

"Lyle Keith Lindsey" was enumerated and assigned Social Security Number \*\*\*-\*\*-\*\*76 in 1988, as a 32-year old adult. Based on my knowledge and experience, I believe the individual applying for that number must have presented a birth certificate in the name of Lyle Keith Lindsey to the Social Security Administration.

At a date unknown but no later than May 25, 1989, JOHN DOE assumed Lyle Keith Lindsey's identity, including Lyle Keith Lindsey's true name and date of birth. The National Crime Information Center (NCIC) biometric identifier assigned to "Lyle Keith Lindsey" shows an arrest on that date for "Transport/Sell Narcotic/Cntl Sub" in violation of California Health and Safety Code § 11352. NCIC records indicate that "Lyle Keith Lindsey" was convicted of the same charge in Los Angeles Superior Court case number A043693 on July 21, 1989.

NCIC records indicate that "Lindsey" has been convicted of approximately ten additional crimes, including multiple convictions for Possession of a Controlled Substance, and individual convictions for Vehicle Burglary, Possession of Drug Paraphernalia, Driving Under the Influence, Driving with .08 BAC or higher, and Robbery.

The NCIC record for "Lindsey" (compiled through multiple law enforcement encounters) lists his "Race" as "Black," his citizenship as "SOUTH AFRICA," and his ethnicity as "Black Or African-American."

//

//

### III. California Department of Motor Vehicles Fraud

The California DMV maintains records for "Lyle Keith Lindsey" under license file number A3431084. DMV investigators provided me with all available records, including all "Soundex" records, which include the name, biographical information, photograph, and a right thumbprint of the applicant. DMV records indicate that the individual who originally applied under file number A3431084 provided a United States birth certificate as proof of their identity.

According to DMV records, on March 14, 1994, "Lindsey" applied for a CID at the DMV office located in Compton, California. The individual pictured in this and all subsequent photographs provided by the DMV under file number A3431084, is a dark-skinned individual who clearly would not be classified as "White" or "Caucasian."

I compared the records provided by the California DMV and the NCIC criminal records for "Lyle Keith Lindsey," purportedly born December 31, 1955 (the birthdate of the true Lyle Keith Lindsey who died in 1957). To establish that the records belonged to the same person, I provided the Automated Fingerprint Identification System (AFIS) the twelve DMV certified Soundex records under license file number A3431084, including right thumbprint impressions captured between 1994 and 2016. I also provided AFIS with the FBI number assigned to "Lyle Keith Lindsey" in the NCIC records. AFIS conclusively matched all of the thumbprints provided by the California DMV with the corresponding fingerprint records maintained in the FBI database.

6

a. **December 30, 2014 CDL Renewal (Count One)**

According to California DMV records for file number A3431084, on December 30, 2014, "Lindsey" renewed his CDL at the DMV office located at 3960 Normal Street in San Diego, California. In doing so, "Lindsey" caused the production, by the DMV, or an identification document with a stolen name and date of birth.

A DMV investigator interviewed D.W., the employee who assisted "Lindsey" with that renewal, and while D.W. could not recall "Lindsey" specifically, she confirmed that she had stamped his application form DL 44. D.W. generally described the regular procedure she followed for a CDL renewal: she would have required "Lindsey" to present a legal identification, and failing that, she would have conducted a "photo retrieval" to compare "Lindsey" with the last photo in the DMV system for file number A3431084. D.W. would have required "Lindsey" to sign DMV form DL 44 in her presence before processing the application, and she would have then required "Lindsey" to sign a receipt for the application. D.W. would have then instructed "Lindsey" to take that receipt to another technician, who would collect a photograph and thumbprint and require "Lindsey" to sign on the electronic signature pad.

According to DMV records under file number A3431084, in his DL 44 renewal application, "Lindsey" had provided "4299 Spring St., Apt. 39, La Mesa, California 91941" as both his mailing address and residence, and so DMV mailed his new CDL to that address on January 13, 2015.

//

//

b. **April 14, 2016 CID Renewal (Count Two)**

According to La Mesa Police Department report number 16-11023, on April 10, 2016, "Lindsey" was arrested for driving under the influence after colliding with a parked car in the parking lot of 4299 Spring St. (his residence address). "Lindsey" provided the officers at the scene with his CDL, A3431084.

According to California DMV records for file number A3431084, "Lindsey" had his driving privilege suspended as a result of his arrest, and thereafter "Lindsey" was convicted on October 18, 2016, of Driving with .08 BAC or Higher in violation of California Vehicle Code § 23152(b) in San Diego County Superior court case number C360415.

On April 14, 2016, "Lindsey" renewed his CID at the DMV office located at 3960 Normal Street in San Diego, California. In doing so, "Lindsey" caused the production, by the DMV, or an identification document with a stolen name and date of birth.

A DMV investigator interviewed T.H., the employee who assisted "Lindsey" with his CID renewal, and while T.H. could not recall "Lindsey" specifically, she confirmed that she had stamped his application DMV form DL 44.

T.H. generally described the procedure for a CID renewal: she would have reviewed "Lindsey's" DMV form DL 44 for completeness and instructed him to sign it in her presence. T.H. would have then asked "Lindsey" whether he had his prior CID and required him to place his thumbprint on the print scanner to confirm his identity and allow her to compare the person standing at her counter to the corresponding photo and print on record with DMV.

T.H. would have then processed "Lindsey's" application and printed out a receipt for him to review for accuracy. T.H. would have required "Lindsey" to take that receipt to the photo technician, who would then collect a new photograph and thumbprint and required "Lindsey" to sign on the electronic signature pad.

According to DMV records under file number A3431084, on April 27, 2016, DMV issued "Lindsey" his new CID by mailing it to "4299 Spring St., Apt. 39, La Mesa, California 91941."

### c. **December 20, 2016 CDL Renewal (Count Three)**

According to California DMV records for file number A3431084, on December 20, 2016, "Lindsey" applied for a duplicate CDL at the DMV office located at 3960 Normal Street in San Diego. Once again, in doing so, "Lindsey" caused the production, by the DMV, or an identification document with a stolen name and date of birth.

A DMV investigator interviewed M.W., the DMV employee who had assisted "Lindsey" on December 20, 2016, and while M.W. could not recall "Lindsey" specifically, he confirmed that he had stamped his application form DL 44. M.W. generally described his regular procedure for a CDL duplicate application: he would have required "Lindsey" to place his thumbprint on the print scanner in order to compare "Lindsey" with the last photo on file in the DMV system. M.W. would have required "Lindsey" to sign form DL 44 in his presence before processing the application, and he would have printed out a receipt and a temporary CDL for "Lindsey" to review and sign. For a duplicate CDL, "Lindsey" would not have been required to take a new photo.

According to DMV records under file number A3431084, on December 30, 2016, DMV sent "Lindsey" his duplicate CDL by mailing it to "4299 Spring St., Apt. 39, La Mesa, California 91941."

**IV. Identifying "Lyle Keith Lindsey"**

DMV investigators went to 4299 Spring Street in La Mesa, California, and obtained a copy of the rental documents for Apartment 39. Among the documents in the rental file was a lease dated September 29, 2012, signed by "Amadou Samba Ly" with no other tenants listed. Amadou Samba Ly reported that he had previously lived at "31XX Hoover" in Los Angeles, California, 90007, and provided phone number (310) 628-XXXX.

The rental file also included an undated California Rental Application for "Lyle K. Lindsey" date of birth December 31, 1955, CDL A3431084 and SSN \*\*\*-\*\*-\*\*76, and a 3-Day Notice to Pay Rent or Quit naming both "Lyle K. Lindsey" and "Amadou S. Ly" dated October 19, 2017. In the rental application, "Lindsey" listed his employment as a cook, but also reported an additional $1,200 in monthly financial aid income.

**a. Fraudulent Student Loan Application (Count 4)**

Based on the information contained in the rental application, Border Patrol agents made a request to the United States Department of Education for any and all financial records related to "Lyle Keith Lindsey." I received a copy of the "Master Promissory Note" dated September 5, 2012, wherein "Lindsey" provided CDL A3431084 and Social Security number XXX-XX-XX76. "Lindsey" named "Amadou Ly" as his brother and primary reference. "Lindsey" provided

Amadou Ly's address as of September 5, 2012 as "31XX Hoover Ave., Los Angeles, CA 90007" and his phone number as (310) 628-XXXX.

As a direct result of electronically signing and filing the "Master Promissory Note" as "Lindsey," JOHN DOE received approximately $16,925.00 in Pell Grants, $14,341.00 in Federal Direct Stafford/Ford loans, and $52,767.00 in Federal Direct Stafford/Ford unsubsidized loans. There are no records of any loan repayments.

### b. Amadou Samba Ly

I requested the alien registration file for Amadou Samba Ly. Based on a review of the documents contained in his alien registration file, Amadou Samba Ly impersonated a deceased United States child, M.R.S. Using the identity of M.R.S., Amadou Samba Ly obtained a Social Security card and had a CDL issued on March 25, 1988, before attempting to obtain a United States passport under the M.R.S. identity.

Amadou Samba Ly was indicted in the Southern District of California in case number 88-0620-G, and ultimately convicted for a violation of 18 U.S.C. § 1542 on March 20, 1989. Despite the indictment, Amadou Samba Ly submitted an Application for Permanent Residence on November 28, 1988, and in his INS Form I-485, he disclosed a total of ten siblings (five brothers). Despite his criminal conviction, Amadou Samba Ly was granted legal permanent resident status in 1991. Available records indicate that he subsequently left the United States on March 8, 2017, and has not returned.

//

### c. "Baba Ly" Social Media

Utilizing the Lexis-Nexis database, I was able to find a Facebook profile linked to "Lindsey" through an email address. I examined the publicly available information on the Facebook profile for "Baba Ly" and I noticed multiple photographs of an individual that I identified as the "Lyle Keith Lindsey" pictured in all of the available photos under DMV file number A3431084.

While some of the content posted on the "Baba Ly" Facebook page is in English, I sought the assistance of a State Department foreign service national in Senegal to assist me in translating posts made in foreign languages. This individual, a former police officer employed as an investigator and translator by the United States Embassy in Dakar, translated posts made in the Wolof and Pular languages (spoken by the two largest ethnic groups in Senegal) and in French (the official language of Senegal). The foreign service national noted that in several pictures "Baba Ly" appeared to be dressed in West African clothing.

Two people who correspond with "Baba Ly" via his Facebook appear to match the names of siblings listed by Amadou Samba Ly in 1988 in his INS Form I-485. A post made by "Elimane Ly" refers to "Baba Ly" as his older brother. An "Elimane Djibril Ly" was listed by Amadou Samba Ly in his INS Form I-485 as a brother born in 1963. In another post, "Baba Ly" tells "Oumou Ly" that he will call her and they will talk about "memories of Nouakchott" (the capital of Mauritania, the northern neighbor of Senegal). An "Oumou Ly" was listed by Amadou Samba Ly in his INS Form I-485 as a sister born in 1960.

### d. Western Union/MoneyGram Information

An agent from Homeland Security Investigations requested all Western Union and Moneygram transfers for "Lyle Keith Lindsey" and "Amadou Samba Ly" between January 1, 2015 and January 18, 2019.

Western Union reported 15 foreign outbound transfers from "Lindsey" to four individuals located in Senegal, France, and Mauritania. All four recipients shared the last name "Ly." Notably, "Fatimata Almamy Ly" born in August 1952, is a recipient in Senegal, which corresponds to the "Fatimata A. Ly" born in August 1952, listed as a "sister" in Amadou Samba Ly's INS Form I-485. Similarly, "Djibril Ly" born in August 1965, may be the same "Elimane Djibril Ly" born 1963, listed as a "brother" in Amadou Samba Ly's INS Form I-485. Finally, "Ibrahima Ly" born June 1969, is listed as a Western Union recipient in France, and this may be the same "brother" listed as "Ibralina Ly" born 1969, in Amadou Samba Ly's INS Form I-485.

MoneyGram provided records showing a total of 37 foreign outbound transfers from "Lindsey" to Senegal, and single transfers to France and to Sierra Leone. Four of the five recipients share the last name "Ly" – notably, the recipient in Sierra Leone is "Amadou Samba Ly" with the same date of birth as the individual who completed INS Form I-485 and who has been identified by "Lindsey" as his brother.

### V. John Doe's Current Whereabouts

On June 9, 2019, a United States Border Patrol agent dressed in plain clothes knocked on the door of 4299 Spring Street, Apartment #39, La Mesa, California 91941. The individual who

answered the door matched the photographs of "Lyle Keith Lindsey" in California Department of Motor Vehicles license file number A3431084, as well as recent booking photos I have examined through law enforcement databases.

Based on JOHN DOE's unknown identity and his probable lack of legal status in the United States, I am concerned that JOHN DOE might seek to flee the United States in the event that he becomes aware of the existence of a criminal complaint and warrant for his arrest in this case. I therefore am requesting that the matter be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

6/25/2019
DATED

Ramon Barron
U.S. Border Patrol Agent

14